UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HOLOGRAM USA, INC., et al., | 2:14-cv-00916-RFB-NJK |
| Plaintiff, | |
| vs. | **ORDER RE: MOTION TO WITHDRAW** |
| CIRQUE DU SOLEIL, LLC, et al., | |
| Defendants. | (Docket No. 113) |

Pending before the Court is Defendant Arena3D Industrial Illusion, LLC ("A3D") attorneys' motion to withdraw. Docket No. 113. Any response shall be filed no later than March 31, 2015. The Court hereby **SETS** a hearing for April 20, 2015, at 11:00 a.m. in Courtroom 3A. Defendant A3D and Defendant's counsel shall attend the hearing. Any new counsel retained by Defendant A3D shall also attend the hearing. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than March 19, 2015, Defendant's current counsel of record shall serve Defendant A3D with this order that it appear and shall file a proof of service. Additionally, the Court wishes to highlight that corporations may appear in federal court only through licensed counsel. *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

IT IS SO ORDERED.

DATED: March 17, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge