# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HOLOGRAM USA, INC., et al., <br><br>      Plaintiff(s), <br><br>vs. <br><br>CIRQUE DUE SOLEIL MY CALL, LLC, et al. <br><br>      Defendant(s). | Case No. 2:14-cv-00916-RFB-NJK <br><br> ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY <br><br>(Docket No. 117) |

      Pending before the Court is a motion for the corporate representative of Arena3D Industrial Illusion, LLC and attorney James V. Fazio to appear telephonically at the hearing scheduled for April 20, 2015. Docket No. 117. The motion is hereby GRANTED. The corporate representative and Mr. Fazio may appear telephonically by calling the Court conference line at 702-868-4906 at least five minutes prior to the hearing. The conference code is 123456. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

      IT IS SO ORDERED.

      DATED: March 26, 2015

                                                  _____
                                                    NANCY J. KOPPE
                                                    United States Magistrate Judge