UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HOLOGRAM USA, INC., et al., ) | |
| ) | Case No. 2:14-cv-00916-RFB-NJK |
| Plaintiff(s), ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| CIRQUE DU SOLEIL MY CALL, LLC, et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

Pending before the Court is Plaintiffs' motion to partially lift the stay of discovery related to Arena3D Industrial Illusion, LLC ("Arena3D"). Docket No. 121. That motion seeks relief from the current stay of discovery to allow Plaintiffs to depose Arena3D prior to any order granting its counsel's motion to withdraw. *See* Docket No. 121 at 4. That motion to withdraw is currently set for hearing for April 20, 2015. *See* Docket No. 114.

The Court hereby **ORDERS** that any response to the motion to partially lift the stay shall be filed no later than April 14, 2015, and any reply shall be filed no later than April 16, 2015 at noon. The Court further **SETS** that motion for hearing at the time already set for the pending motion to withdraw on April 20, 2015.

IT IS SO ORDERED.

DATED: April 9, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge