# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HOLOGRAM USA, INC., et al., <br><br>                    Plaintiff(s), <br><br>vs. <br><br>CIRQUE DUE SOLEIL MY CALL, LLC, et al. <br><br>                    Defendant(s). | Case No. 2:14-cv-00916-RFB-NJK <br><br> ORDER GRANTING MOTIONS TO APPEAR TELEPHONICALLY <br><br> (Docket Nos. 125, 127) |

Pending before the Court are motions for attorneys of Plaintiffs and Defendant Cirque du Soleil My Call, LLC to appear telephonically at the hearing scheduled for April 20, 2015.  Docket Nos. 125, 127.  The motions are hereby GRANTED.  These attorneys may appear telephonically by calling the Court conference line at 702-868-4906 at least five minutes prior to the hearing.  The conference code is 123456.  In order to ensure a clear recording of the hearing, the call must be made using a land line phone.  Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: April 17, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge